FORM EDC2850 Bankruptcy Appeal Transmittal Form (v.8.14)     20–11367 – A – 7

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of California**

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**FILED**

Nov 18, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



# BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:** 20–11367 – A – 7     **DCN:** DMG–8

**Debtor Name(s) and Address(es):**

TEMBLOR PETROLEUM COMPANY, LLC
8 Wistar Road
Villanova, PA 19085

**USDC Case No.: 1:22-cv-01507-ADA**

TO:     U.S. District Court
2500 Tulare Street, Suite 1501, Fresno, California 93721 ((559) 499–5600).

FROM:     U.S. Bankruptcy Court
Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order): Jennifer E. Niemann

Date Notice of Appeal Filed: 11/17/22

Date of Entry of Order Appealed From: 11/3/22

Date Bankruptcy Case Filed: 4/9/20

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties: 11/18/22

Filing Fee Paid? Yes

Dated:
11/18/22

For the Court,
Wayne Blackwelder, Clerk

FORM EDC3071 Certificate of Notice (v.1.15)     20–11367 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## CERTIFICATE OF NOTICE

**Case Number:** 20–11367 – A – 7     **DCN:** DMG–8

**Debtor Name(s) and Address(es):**

TEMBLOR PETROLEUM COMPANY, LLC
8 Wistar Road
Villanova, PA 19085

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 11/17/22, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| TEMBLOR PETROLEUM COMPANY LLC<br>8 Wistar Road<br>Villanova PA 19085 | Leonard K. Welsh<br>1800 30th Street Fourth Floor<br>Bakersfield CA 93301 | Office of the U.S. Trustee<br>2500 Tulare St #1401<br>Fresno CA 93721 |
| Genautica Oil Holdings, LP<br>c/o Paul Glassman<br>10100 Santa Monica Blvd #1400<br>Los Angeles CA 90067 | Jeffrey M. Vetter<br>PO Box 2424<br>Bakersfield CA 93303 | D. Max Gardner<br>930 Truxtun Ave Suite 203<br>Bakersfield CA 93301 |
| Kris Pitta<br>Prudent Resources, LLC 16225 Park Ten<br>Pl Suite 500<br>Houston TX 77084 | Steven A. Rowlee 5401 Business Park<br>South #115<br>Bakersfield CA 93309 | |

Dated:
11/18/22

For the Court,
Wayne Blackwelder , Clerk

STRADLING YOCCA CARLSON & RAUTH, P.C.
Paul R. Glassman (State Bar No. 76536)
Tatiana Ingman (State Bar No. 314284)
10100 Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
       tingman@stradlinglaw.com

Attorneys for Genautica Oil Holdings, LP

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In re | Case No. 2020-11367 |
|---|---|
| TEMBLOR PETROLEUM COMPANY, LLC | Chapter 7 |
| Debtor. | DMG-8 |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Genautica Oil Holdings, LP

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) Party in interest

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Appellant appeals from order amending prior order of the Court approving the sale of the estate's interest in property. A copy of the order is attached as Exhibit A.

2. State the date on which the judgment, order, or decree was entered: November 3, 2022

Official Form 417A      Notice of Appeal and Statement of Election      page 1

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Chapter 7 Trustee, Jeffrey M. Vetter    Attorney: D. Max Gardner
   930 Truxtun Ave., Suite 203
   Bakersfield, CA 93301
   (661) 864-7373

2. Party: Debtor,Temblor Petroleum Company, LLC    Attorney: Leonard K. Welsh
   1800 30th Street, Fourth Floor
   Bakersfield, CA 93301
   (661) 328-5328

3. Party: Bider, Kris Pitta
   Prudent Resources, LLC
   16225 Park Ten Pl, Suite 500
   Houston, TX 77084

4. Party: Buyer, Steven A. Rowlee
   5401 Business Park South, Suite 115
   Bakersfield, CA 93309-0713
   (661) 324-3911

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Paul R. Glassman*                                                    Date: November 17, 2022
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

STRADLING YOCCA CARLSON & RAUTH, P.C.
Paul R. Glassman (State Bar No. 76536)
Tatiana Ingman (State Bar No. 314284)
10100 Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
       tingman@stradlinglaw.com

# Exhibit A

D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com
Attorney for Chapter 7 Trustee Jeffrey M. Vetter

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>TEMBLOR PETROLEUM COMPANY, LLC.<br><br>DEBTOR. | Bankruptcy Case No.: 2020-11367<br><br>Chapter 7<br><br>DMG-8 |

**AMENDED ORDER ON**
**MOTION TO SELL ESTATE'S INTEREST**
**IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b)**
(DEBTOR'S WORKING INTEREST HANGMAN HOLLOW FIELD,
MONTEREY COUNTY, CA)

Date:  August 10, 2022
Time:  1:30 p.m.
Place: 2500 Tulare Street, 5th Floor
       Courtroom 11, Fresno, CA
Judge: Hon. Jennifer Niemann

Hearing on the Chapter 7 Trustee Jeffrey M. Vetter's ("Trustee") Motion to Sell Estate's Interest in Property Pursuant to 11 U.S.C. Section 363(b) ("Motion") came on before this Court at the above date, time and place. D. Max Gardner appeared on behalf of the Trustee, who was also present. Appearing at Court was Steve Rowley as the designated person for the proposed

buyer Trio Petroleum. Dan Scofield appeared as the designated person for the entity Genautica Oil, an interested bidder. Chris Pita appeared as the designated person for Prudent Resources, an interested bidder. No opposition to the Motion was filed prior or stated at the time of hearing. The Court made pre-hearing findings of fact and conclusions of law, which are incorporated into this Order and which granted the Motion. At hearing the Court conducted an auction resulting in the following highest bid and second highest bid:

    Prudent Resources              $101,000

    Genautica Oil                  $86,000

Upon recommendation of and request by the Trustee, the Court ORDERS as follows:

1. The Trustee is authorized to sell the estate's interest in Debtor's Working Interest in Hangman Hollow Field, Monterey County, California, ("the subject property") to Prudent Resources, for $101,000.

2. In the event Prudent Resources is unable to complete the sale authorized herein within 30 days from the entry of this Order, the Trustee is authorized to sell the estate's interest in the subject property to Genautica Oil for $86,000.

3. The Trustee is also authorized to sell the subject property to the original bidder, Trio Petroleum, LLC for the sum of $10,000 as a result of the higher and better bids not being completed.

Dated: November 03 2022

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com
Attorney for Chapter 7 Trustee Jeffrey M. Vetter

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>TEMBLOR PETROLEUM COMPANY, LLC.<br><br>DEBTOR. | Bankruptcy Case No.: 2020-11367<br><br>Chapter 7<br><br>DMG-8 |

**AMENDED ORDER ON
MOTION TO SELL ESTATE'S INTEREST
IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b)**
(DEBTOR'S WORKING INTEREST HANGMAN HOLLOW FIELD,
MONTEREY COUNTY, CA)

Date: August 10, 2022
Time: 1:30 p.m.
Place: 2500 Tulare Street, 5th Floor
       Courtroom 11, Fresno, CA
Judge: Hon. Jennifer Niemann

Hearing on the Chapter 7 Trustee Jeffrey M. Vetter's ("Trustee") Motion to Sell Estate's Interest in Property Pursuant to 11 U.S.C. Section 363(b) ("Motion") came on before this Court at the above date, time and place. D. Max Gardner appeared on behalf of the Trustee, who was also present. Appearing at Court was Steve Rowley as the designated person for the proposed

buyer Trio Petroleum. Dan Scofield appeared as the designated person for the entity Genautica Oil, an interested bidder. Chris Pita appeared as the designated person for Prudent Resources, an interested bidder. No opposition to the Motion was filed prior or stated at the time of hearing. The Court made pre-hearing findings of fact and conclusions of law, which are incorporated into this Order and which granted the Motion. At hearing the Court conducted an auction resulting in the following highest bid and second highest bid:

    Prudent Resources                 $101,000

    Genautica Oil                      $86,000

Upon recommendation of and request by the Trustee, the Court ORDERS as follows:

1. The Trustee is authorized to sell the estate's interest in Debtor's Working Interest in Hangman Hollow Field, Monterey County, California, ("the subject property") to Prudent Resources, for $101,000.

2. In the event Prudent Resources is unable to complete the sale authorized herein within 30 days from the entry of this Order, the Trustee is authorized to sell the estate's interest in the subject property to Genautica Oil for $86,000.

3. The Trustee is also authorized to sell the subject property to the original bidder, Trio Petroleum, LLC for the sum of $10,000 as a result of the higher and better bids not being completed.

Dated: November 03 2022

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

**CONVERTED, Bakersfield, BAKERSFIELD, APLDIST, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of California (Fresno)
### Bankruptcy Petition #: 20−11367

| | |
|---|---|
| *Assigned to:* Hon. Jennifer E. Niemann | *Date filed:* 04/09/2020 |
| Chapter 7 | *Date converted:* 05/05/2021 |
| Previous chapter 11 | *341 meeting:* 07/01/2021 |
| Original chapter 11 | *Deadline for filing claims:* 09/27/2021 |
| Voluntary | *Deadline for filing claims (govt.):* 10/06/2020 |
| Asset | *Deadline for objecting to discharge:* 07/17/2020 |

*Debtor*
**TEMBLOR PETROLEUM COMPANY, LLC**
8 Wistar Road
Villanova, PA 19085
KERN−CA
Tax ID / EIN: 95−4580018

represented by **Leonard K. Welsh**
1800 30th Street, Fourth Floor
Bakersfield, CA 93301

*Trustee*
**Jeffrey M. Vetter**
PO Box 2424
Bakersfield, CA 93303
(661) 809−6806

represented by **D. Max Gardner**
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301

*U.S. Trustee*
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

*U.S. Trustee*
**Tracy Hope Davis**
Justin C. Valencia
2500 Tulare St #1401
Fresno, CA 93721

represented by **Justin C. Valencia**
2500 Tulare St #1401
Fresno, CA 93721
559−487−5002

| Filing Date | # | | Docket Text | Doc. Locator ID |
|---|---|---|---|---|
| 11/03/2022 | | 473 | Order Granting 470 Motion/Application to Amend [DMG−8] (jlns) (Entered: 11/03/2022) | 47914703 |
| 11/17/2022 | | 481 | Notice of Appeal and Statement of Election to District Court [DMG−8] Re: 473 Order on Motion/Application to Amend (Fee Paid $298) (eFilingID: 7152022) (jlns) (Entered: 11/18/2022) | 47944039 |
| 11/18/2022 | | 482 | Transmittal to District Court in Fresno [DMG−8] Re: 481 Notice of Appeal (jlns) (Entered: 11/18/2022) | 47944072 |

| 11/18/2022 | | <u>483</u> | Certificate of Notice of Appeal [DMG–8] Re: <u>481</u> Notice of Appeal (jlns) (Entered: 11/18/2022) | 47944114 |

2