UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Genautica Oil Holdings, LP**
        Appellant,

v.

**Jeffrey M Vetter, et al.,**
        Appellee.

District Court Case Number
CIV. **1:22−CV−01507−ADA**

Bankruptcy Court Case Number
NO. **20−11367−A−7**

Adversary Proceeding Number
NO. −

Bankruptcy Appellate Panel Number
NO. −

## BRIEFING SCHEDULE IN BANKRUPTCY APPEAL

  **YOU ARE HEREBY NOTIFIED** the clerk of the bankruptcy court has issued the Certificate of Record, certifying that the record on appeal is complete.  This certificate was received and docketed by the district court on **12/22/2022** .

  Pursuant to Federal Rule of Bankruptcy Procedure 8018, the **appellant's opening brief and excerpts of record** are due, filed in the district court, within **thirty (30) days,** of the above date.

  The **appellee's opening brief** is due, filed in the district court, within **thirty (30) days** after service of appellant's brief.

  The appellant may file a reply brief with the district court, within **fourteen (14) days** after service of appellee's brief.

  Once all briefs have been submitted, the appellant is to notify the court in writing, within **fourteen (14) days** after service of appellant's reply brief, that the appeal is ready for oral argument.

        **KEITH HOLLAND**
        **CLERK OF COURT**
        UNITED STATES DISTRICT COURT

Dated:  **December 23, 2022**

        By:  /s/  **E. Flores**
            Deputy Clerk

**Briefing Schedule, Page 2**

All briefs and supporting documents filed with the district court should contain the following information and are required to be in the following format:

**Briefs.** The content of the briefs must comply with the requirements of: Bankruptcy Appellate Panel Rules 8009(b)–1, 8010(a)–1 and 8010(c)–1; Federal Rules of Bankruptcy Procedure 8009 and 8010; and Federal Rules of Appellate Procedure 32(a). The length of opening briefs of appellant and appellee shall not exceed thirty (30) pages. The appellant's reply brief, if any, shall not exceed twenty (20) pages.

**Excerpts of Record.** The bankruptcy court record, including transcripts, is not forwarded to the district court unless requested by the district court. The parties are expected to include copies of all relevant parts of the record in their excerpts. In particular appellant's brief shall include at least: the complaint and answer(s) or other equivalent operative pleadings; the pretrial order, if any; the judgment or order from which the appeal is taken; other orders sought to be reviewed, if any; any supporting opinion, findings of fact or conclusions of law filed or delivered orally by the trial court (citations, if opinion is published); the motion and response upon which the court rendered judgment, if any; and the trial court docket sheet. Copies of any portion of a transcript referred to in a brief must be included in the excerpts.

**Index.** Each party should prepare an index to accompany the excerpts of record. The pages of the excerpts of record should be sequentially numbered. The index should refer to the record page number.

**Notice to District Court that Appeal is Ready for Oral Argument.** Counsel for appellant shall file a notice with the District Court that the record is complete and the appeal may be scheduled for oral argument. Appellant is required to file this notice within fourteen (14) days after service of the appellee's reply brief.