STRADLING YOCCA CARLSON & RAUTH, P.C.
Paul R. Glassman (State Bar No. 76536)
Tatiana Ingman (State Bar No. 314284)
10100 Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
         tingman@stradlinglaw.com

Attorneys for Genautica Oil Holdings, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENAUTICA OIL HOLDINGS, LP<br><br>Appellant<br><br>v.<br><br>TEMBLOR PETROLEUM COMPANY, LLC<br><br>Appellee | District Court Case No. 22-1507<br><br>**GENAUTICA OIL HOLDINGS, LP'S *EX PARTE* MOTION TO EXTEND DEADLINE TO FILE OPENING BRIEF**<br><br>[No hearing required]<br><br>On Appeal from Bankruptcy Court Case No. 2020-11367 |
| In re<br><br>TEMBLOR PETROLEUM COMPANY, LLC<br><br>Debtor. | Chapter 7 |

Genautica Oil Holdings, LP ("Genautica" or "Appellant") respectfully files this unopposed motion seeking entry of an order extending the time for Appellant to file its opening brief in the above-captioned appeal from the Order (the "Appealed Order") of the United States Bankruptcy Court for the Eastern District of California (the "Bankruptcy Court") by ninety-one days from January 23, 2023 to Monday, April 24, 2023 pursuant to Federal Rule of Bankruptcy Procedure

8018(a) and Rule 144(c) of the Local Rules of the Eastern District of California.  This is the first request for an extension of briefing in this appeal.

On November 3, 2022, the Bankruptcy Court entered the Appealed Order.  On November 17, 2022, Genautica filed its notice of appeal.  On December 22, 2022, this Court issued its *Briefing Schedule in Bankruptcy Appeal*, directing that Appellant's opening brief and excerpts of record are due within thirty (30) days of December 22, 2022, [Appeal Dkt. 3-1], January 21, 2023.  Because January 21, 2023 is a Saturday, the deadline is extended to Monday, January 23, 2022 pursuant to the applicable rules of civil procedure. See Federal Rule of Civil Procedure 6(a)(1)(C), Federal Rule of Bankruptcy Procedure 9006(a)(1)(C), and Federal Rule of Appellate Procedure 26(a)(1)(C).

Following the filing of the notice of appeal, Genautica and counsel for the Chapter 7 trustee (the "Trustee") have engaged in discussions and negotiations and Genautica is attempting to resolve the outstanding issues, including those that are the subject of this appeal, by further negotiation or proceedings in the bankruptcy case.  Appellant anticipates this process will take up to sixty days, and accordingly requests an extension of ninety-one days to allow time to a file a brief in case the matters cannot be thus resolved.

Appellant's counsel contacted counsel for the Chapter 7 Trustee regarding the extension, and was advised that the Trustee takes no position with regard to the requested relief and does not oppose the requested relief. Appellant's counsel also contacted counsel for Temblor Petroleum Company, LLC (the "Debtor"), and was advised that Debtor does not oppose this motion.  Finally, in accordance with this Court's Standing Order for Civil Cases subsection (h), Appellant's counsel left a message with Judge de Alba's Courtroom Deputy.  This extension will not prejudice appellee(s), and would expedite the ultimate resolution of the matter directly in the Bankruptcy Court.

Accordingly, Appellant respectfully requests that this Court enter an order extending the time to file the opening brief in this matter by nine-one days to April 24, 2023.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: January 20, 2023 | STRADLING YOCCA CARLSON & RAUTH |
| 3 | | A Professional Corporation |
| 4 | | |
| 5 | | By: /s/ *Paul R. Glassman* |
| | | Paul R. Glassman |
| 6 | | |
| 7 | | Attorneys for Genautica Oil Holdings, LP |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd, Suite 1400, Los Angeles, CA 90067

A true and correct copy of the foregoing document GENAUTICA OIL HOLDINGS, LP'S *EX PARTE* MOTION TO EXTEND DEADLINE TO FILE OPENING BRIEF will be served or was served (a) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 20, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **D Max Gardner**
  dmgardner@youngwooldridge.com
- **Paul R. Glassman**
  pglassman@stradlinglaw.com
- **Office of the U.S. Trustee (Frs)**
  ustpregion17.fr.ecf@usdoj.gov
- **Leonard K. Welsh**
  lwelsh@lkwelshlaw.com,tlidgett@lkwelshlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**  On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2023 | Christine Pesis | */s/ Christine Pesis* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

-