UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENAUTICA OIL HOLDINGS, LP,<br><br>Appellant,<br><br>v.<br><br>JEFFREY M VETTER, et al.,<br><br>Appellee. | No. 1:22-cv-01507-NODJ<br><br>ORDER GRANTING GENAUTICA OIL HOLDINGS, LP'S EX PARTE MOTION TO FURTHER EXTEND DEADLINE TO FILE OPENING BRIEF AND RELATED DOCUMENTS<br><br>(ECF No. 30) |
| In re<br><br>TEMBLOR PETROLEUM COMPANY, LLC<br><br>Debtor. | On Appeal from Bankruptcy Court Case No. 2020-11367<br><br>Chapter 7 |

/////

/////

/////

/////

/////

Having reviewed Genautica Oil Holdings, LP'S ("Genautica's) Ex Parte Motion to Further Extend Time to File Opening Brief ("Motion"), the Court hereby grants the Motion and orders as follows:

1. Genautica shall file and serve their opening brief no later than April 19, 2024.
2. Federal Rule of Bankruptcy Procedure 8018(a) shall govern the filing of oppositions and replies.

IT IS SO ORDERED.

DATED: February 20, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE