STRADLING YOCCA CARLSON & RAUTH LLP
Paul R. Glassman (State Bar No. 76536)
Tatiana Ingman (State Bar No. 314284)
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
tingman@stradlinglaw.com

Attorneys for Genautica Oil Holdings, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENAUTICA OIL HOLDINGS, LP<br><br>Appellant<br><br>v.<br><br>TEMBLOR PETROLEUM COMPANY, LLC<br><br>Appellee<br><br>In re<br><br>TEMBLOR PETROLEUM COMPANY, LLC<br><br>Debtor. | District Court Case No. **1:22-CV-01507-KES**<br><br>**ORDER GRANTING GENAUTICA OIL HOLDINGS, LP'S *EX PARTE* MOTION TO FURTHER EXTEND DEADLINE TO FILE OPENING BRIEF AND RELATED DOCUMENTS**<br><br>[No hearing required]<br><br>On Appeal from Bankruptcy Court Case No. 2020-11367<br><br>Chapter 7 |

1  Sufficient cause appearing, the Court GRANTS Appellant Genautica Oil Holdings, LP's ("Genautica's") Ex Parte Motion to Further Extend Time to File Opening Brief (Doc. 35). However, the Court takes judicial notice of Docket Nos. 535 and 536 in Bankruptcy Court Case No. 2020-11367, which appear to indicate the Bankruptcy Court denied without prejudice Genautica's amended motion to vacate on June 15, 2023.  Any further motion for an extension of time to file the opening brief in this appeal will be disfavored and must be supported by specific and substantial good cause.

IT IS HEREBY ORDERED that Appellant Genautica shall file and serve its opening appeal brief no later than June 18, 2024.

Appellees' deadline to file a brief in response, and Appellant's reply, will be governed by Federal Rule of Bankruptcy Procedure 8018(a).

IT IS SO ORDERED.

Dated:   April 18, 2024

_____
UNITED STATES DISTRICT JUDGE

2