STRADLING YOCCA CARLSON & RAUTH LLP
Paul R. Glassman (State Bar No. 76536)
Tatiana Ingman (Stare Bar No. 314284)
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
         tingman@stradlinglaw.com

Attorneys for Appellant Genautica Oil Holdings, LP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENAUTICA OIL HOLDINGS, LP,<br><br>    Appellant,<br><br>                    v.<br><br>TEMBLOR PETROLEUM COMPANY, LLC,<br><br>                    Appellee. | District Court Case No. **1:22-CV-01507-KES**<br><br>**VOLUNTARY DISMISSAL**<br>**OF APPEAL** |
| In re<br><br>TEMBLOR PETROLEUM COMPANY, LLC,<br><br>                    Debtor. | On Appeal from Bankruptcy Court<br>Case No. 2020-11367<br>Chapter 7 |

On July 8, 2024, this U.S. District Court issued its "Order to Show Cause Why Appeal Should Not Be Dismissed for Failure to Prosecute and Failure to Comply With the Local Rules" (Docket No. 39, the "OSC"). The OSC afforded the Appellant an opportunity to voluntarily dismiss the appeal within fourteen days of entry of the OSC.

Appellant Genautica Oil Holdings, LP, by and through its counsel of record, hereby voluntarily dismisses the above captioned appeal, District Court Case No. 1:22-CV-01507-KES.

\ \ \

\ \ \

Respectfully submitted,

Dated:  July 19, 2024

STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Paul R. Glassman*
Paul R. Glassman
Attorneys for Genautica Oil Holdings, LP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023(a) will be served or was served (a) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **D Max Gardner**
  dmgardner@youngwooldridge.com
- **Paul R. Glassman**
  pglassman@stradlinglaw.com
- **Office of the U.S. Trustee (Frs)**
  ustpregion17.fr.ecf@usdoj.gov
- **Leonard K. Welsh**
  lwelsh@lkwelshlaw.com,tlidgett@lkwelshlaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**  On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 19, 2024 | Suzanne Johnson | */s/Suzanne Johnson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |